### IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

UNITED STATES OF AMERICA                                    PLAINTIFF

v.                          NO. 4:17-cr-00111-JM-27

RODERICK O. RAINEY                                          DEFENDANT

### **ORDER OF DETENTION**

Defendant Roderick O. Rainey appeared in person with his attorney, Robby Golden, for a change of plea hearing on October 31, 2019. The government was represented by Assistant United States Attorney Benecia Moore.

Following the acceptance of the defendant's guilty plea to Count 1 of the Indictment, pursuant to 18 U.S.C. § 3143(a)(2), the Court determined the defendant should be taken into custody at that time. The defendant will remain in the custody of the United States Marshal until sentencing.

IT IS SO ORDERED this 1st day of November, 2019.

_____
JAMES M. MOODY JR.
UNITED STATES DISTRICT JUDGE